IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KENNETH DANIELS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-00132 (WLS) |
| | : | |
| MAIN HIGHWAY LOGISTICS, LLC; | : | |
| SOUTHWIND RISK RETENTION | : | |
| GROUP, INC.; and JONES JULES, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Stipulation to Voluntary Dismissal without Prejudice (Doc. 11) as to all Parties, filed on July 18, 2024, and Defendant Southwind Risk's Motion for Summary Judgment (Doc. 13), filed on July 19, 2024. In the Joint Stipulation (Doc. 11), both Parties stipulate the dismissal of this action without prejudice against Defendants with each Party bearing their own fees and costs. (*Id.*) But the very next day, Defendant Southwind Risk filed a Motion for Summary Judgment (Doc. 13).

Therefore, the Parties are **ORDERED** to file a written update regarding status of the case **within seven (7) days of entry of this Order**—specifically, whether the Parties' Stipulation of Dismissal (Doc. 11) or Defendant's Motion for Summary Judgment (Doc. 13) is being withdrawn.

**SO ORDERED**, this 23rd day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**