IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH DANIELS, | : |
| Plaintiff, | : |
| v. | :    CASE NO.: 7:23-CV-00132 (WLS) |
| MAIN HIGHWAY LOGISTICS, LLC; SOUTHWIND RISK RETENTION GROUP, INC.; and JONES JULES, | : |
| Defendant. | : |

## ORDER

The Parties filed a Joint Stipulation to Voluntary Dismissal Without Prejudice (Doc. 11) on July 18, 2024. But the next day, Defendant filed a Motion for Summary Judgment (Doc. 13). For clarification, the Court ordered the Parties to file a written update regarding the status of the case. (Doc. 14).

On July 25, 2024, a Notice of Withdrawal of Motion for Summary Judgment (Doc. 15) was filed by Defendant and that the withdrawal is made without prejudice, as noted in the Joint Stipulation (Doc. 11).

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Joint Stipulation to Voluntary Dismissal (Doc. 11) is **ACCEPTED** and **GRANTED**. Accordingly, the Motion for Summary Judgment (Doc. 13) is **DISMISSED as moot without prejudice.** It is **ORDERED** that all Plaintiff's claims pending against Defendants are **DISMISSED WITHOUT PREJUDICE** with each Party bearing their own fees and costs.

**SO ORDERED**, this 30th day of July 2024.

                                                                              /s/ W. Louis Sands
                                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                                              **UNITED STATES DISTRICT COURT**