IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KENNETH DANIELS, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-132 (WLS) |
| | * |
| MAIN HIGHWAY LOGISTICS, LLC et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk